# Order

Michigan Supreme Court
Lansing, Michigan

April 27, 2010

Marilyn Kelly,
Chief Justice

139353(21)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                          SC: 139353
                                          COA: 289555

CHRISTOPHER DAVID THOMPSON,
     Defendant-Appellant.
                                          Charlevoix CC: 03-081609-FH

_____/

On order of the Court, the motion for reconsideration of this Court's January 29, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

_____
Clerk

d0419